# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0436. KIM CAMILLE FLORENCE v. ALLY BANK LEASE TRUST.**

Ally Bank Lease Trust filed a petition for writ of possession of Kim Camille Florence's automobile, a personal property foreclosure action under OCGA § 44-14-230. See *Brown v. Associates Fin. Servs. Corp.*, 255 Ga. 457, 457 (339 SE2d 590) (1986). The trial court entered final orders granting Ally Bank Lease Trust a writ of possession to recover the automobile and dismissing Florence's counterclaims.[1] Florence timely filed this application for discretionary appeal from the orders.

Because Florence had a right to file a direct appeal from the judgment on the writ of possession, no application for discretionary appeal was required. See *Brown*, 255 Ga. at 458 (discretionary application was not required for appeal from judgment granting writ of possession of personal property, as applicant had right of direct appeal from the foreclosure judgment); see generally *Motor Warehouse, Inc. v. Richard*, 235 Ga. App. 835, 835-836 (1) (510 SE2d 600) (1998) (no discretionary application required from attorney fee award because case commenced as a petition to inspect and copy corporate records, and such a petition does not come within the categories of cases subject to discretionary application procedures under OCGA § 5-6-35 (a)).

Under OCGA § 5-6-35 (j), this Court will grant an otherwise timely application

---

[1] From the limited materials submitted with the application, it appears that the trial court entered separate orders granting the writ of possession and dismissing the counterclaims. However, as some pages of the court's order(s) appear to be missing from the materials submitted, such a determination is rendered difficult.

for discretionary review if the trial court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). And, because the order granting the writ of possession is directly appealable, the court's dismissal of Florence's counterclaims is also subject to direct review. See OCGA § 5-6-34 (d); *Brown*, 255 Ga. at 458.

Accordingly, Florence's application is hereby GRANTED. Florence shall have ten days from the date of this order to file a notice of appeal with the superior court. If, however, she has already filed a notice of appeal, she need not file a second notice. The superior court is DIRECTED to include a copy of this order in the appellate record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  07/11/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*